3-638380
Case 1:04-cv-10222-DPW   Document 2   Filed 02/10/2004   Page 1 of 2
AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF _____ MASSACHUSETTS

MAERSK SEALAND,

V.

PISHEV CORP. INTERNATIONAL,
and BRANKO PISHEV,

SUMMONS IN A CIVIL CASE

CASE NUMBER:

TO: (Name and address of defendant)

BRANKO PISHEV
55 Meream St.
Lexington, MA  02173

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES
551 Fifth Avenue, Suite 1701
New York, NY  10176
(212) 696-1760

Designated Local Counsel:
PITTS & PITTS
152 Lynnway, Unit 1F
Lynn, MA  01902
(781) 596-7171

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

_Pat Pierce_

(BY) DEPUTY CLERK

DATE  1-30-04

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE **FEB 5-04** |
| NAME OF SERVER (PRINT) **FRANCIS DENEHY** | TITLE **Constable** |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: **Prima Shoppe 10N-112 Quincy Market Place Boston MA 02109 AT 945AM**

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL **To Boston via Public Trans RT $4.00** | SERVICES **$30.00** | TOTAL **$34.00** |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **Feb 5-04**
Date

Signature of Server: *Francis Denehy*

Address of Server: *Constable*
**85 Gannon Rock Rd**
**Lynn MA 01904**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.