3-638380

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MAERSK SEALAND, )
                         Plaintiff, )
              - against - )
PISHEV CORP. INTERNATIONAL, )
and BRANKO PISHEV, )
                       Defendants. )

04 CV 10222 DPW

NOTICE AND ORDER
OF DISMISSAL,
WITH PREJUDICE

PLEASE TAKE NOTICE that the above captioned matter be and hereby is dismissed, with prejudice and without costs as to each party against the others, the defendants not having appeared, pursuant to Fed.R.Civ.P. 41.

Dated: Boston, Massachusetts
       Lynn, Massachusetts
       New York, New York
       March 18, 2004

PITTS AND PITTS

By _____
Edmund M. Pitts
BBO400880
Designated Local Counsel for Plaintiff
MAERSK SEALAND
152 Lynnway, Unit 1F
Lynn, MA 01902
(781) 596-7171

LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES


By _____
Albert J. Avallone - AA1679
Attorneys for Plaintiff
MAERSK SEALAND
551 Fifth Avenue, Suite 1701
New York, NY  10176
(212) 696-1760


SO ORDERED:


_____
          U.S.D.J.

**PITTS & PITTS, L.L.C.**
LAW OFFICE

EDMUND M. PITTS
ALSO ADMITTED IN ME

EDMUND R. PITTS
ALSO ADMITTED IN ME & NM

SEAPORT LANDING
152 LYNNWAY, UNIT 1F
LYNN, MA 01902
TELEPHONE (781) 596-7171
TELECOPIER (781) 599-4946



March 22, 2004

United States District Court
for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

    Re:   *Maersk Sealand v. Pishev Corp. International and Branko Pishev*
    No.:  04 10222 DPW

Dear Sir/Madam:

    We enclose for filing:

        NOTICE AND ORDER OF DISMISSAL, WITH PREJUDICE

        Sincerely yours,

        Edmund M. Pitts

EMP/kas
ENC.
CC:   Albert J. Avallone, Esq.